

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-19-00136-CR

---

JIMMY WAYNE CARR, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 27818

---

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

# MEMORANDUM OPINION

After Jimmy Wayne Carr was found competent to stand trial by David Bell, Ph.D., he was found guilty by the trial court of possession of child pornography and was sentenced to ten years' imprisonment.[1] This case was tried with eleven companion cases, which are the subject of other appeals pending before this Court. Carr filed a single, consolidated brief covering eleven of the appeals, in which he contends that, since Bell's qualifications do not appear in his report, there was insufficient evidence to find him competent to stand trial.

The argument raised in this appeal is based exclusively on the argument brought before this Court in the companion appeal styled *Carr v. State*, cause number 06-19-00126-CR. In our opinion of this date disposing of that appeal, we found that Carr did not preserve his sole issue for appeal. For the reasons set out in that opinion, we overrule Carr's sole issue as it applies to this appeal.

We affirm the judgment of the trial court.


Ralph K. Burgess
Justice

Date Submitted:     December 30, 2019
Date Decided:       January 9, 2020

Do Not Publish

---

[1]*See* TEX. PENAL CODE ANN. § 43.26(a), (d).

2